BREIDENBACH, APPELLANT, *v.* CONRAD, ADMR., ET AL., APPELLEES.

[Cite as *Breidenbach v. Conrad* (1998), 81 Ohio St.3d 1261.]

(No. 97–2609—Submitted March 24, 1998—Decided May 6, 1998.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Eric S. Bravo,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Reeve W. Kelsey,* Assistant Attorney General, for appellee Administrator, Bureau of Workers' Compensation.

*Thompson Hine & Flory L.L.P.* and *Scott A. Armour,* for appellee American Standard, Inc.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would order briefing of the merits.